IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MATTIE D.C., §
§
    Plaintiff, §
§
v. §
§ No. 3:18-CV-0281-D
NANCY A. BERRYHILL, §
Acting Commissioner of the §
Social Security Administration, §
§
    Defendant. §

## ORDER

The court has under consideration the February 13, 2019 findings, conclusions, and recommendation of the United States Magistrate Judge and petitioner's February 27, 2019 objections. The court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objections were made. The objections are overruled, the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted, and the Commissioner's decision is affirmed.

**SO ORDERED**.

March 7, 2019.

                                                SIDNEY A. FITZWATER
                                                SENIOR JUDGE